Signed as modified by the Court. Corrected date of hearing in first paragraph, modified paragraph no. 2 and 5.

**This order is SIGNED.**




**Dated: February 19, 2019**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
Brian J. Porter, Bar Number 14291
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust Series 2005-FF6 Home Equity Mortgage Pass-Through Certificates, Series 2005-FF6
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: brian@hwmlawfirm.com
File No: 45423

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re:<br><br>CARLOS FLORES AND VALERIE LEIGH VALERIO-FLORES aka VALERIE L VALERIO-FLORES aka VALERIE VALERIO-FLORES<br><br>Debtor. | Bankruptcy Case No. 18-28373 RKM<br>Chapter 7<br><br>**ORDER TERMINATING AUTOMATIC STAY AND FOR IN-REM RELIEF AS TO WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6** |
|---|---|

On January 16, 2019, a hearing was held on the Motion for Relief filed by Wells Fargo Bank, National Association, as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF6 ("Secured Creditor"). Based upon the pleadings, statements made at the hearing, and for good cause appearing, the Court does hereby,

ORDER AS FOLLOWS:

1.  That the automatic stay with respect to the following described real property:

    Lot 21, STONEBROOK ESTATES SUBDIVISION, according to the Official Plat as recorded in the office of the Salt Lake County Recorder;

    TAX ID: 15-32-302-013

    Commonly known as 3819 South Barton Crest Court, West Valley City, UT 84120;

be and is hereby modified and terminated as of the date hereof to permit Wells Fargo Bank, National Association, as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF6 and its successors and assigns to pursue its rights and remedies against the said property under applicable law.'

2.  The Secured Creditor's request for in-rem relief pursuant to 11 U.S.C.A. § 362(d)(4) is granted. If this order is recorded in compliance with applicable state law governing notices of interest or liens on real property, the provisions of 11 U.S.C. § 362(d)(4) shall apply to this order.

3.  Secured Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse

unless included in a reaffirmation agreement.

    4.    This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

    5.    The Court waives the Rule 4001(a)(3) 14-day waiting period, and this order shall be effective immediately upon entry by the Court.

END OF ORDER

## **DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER TERMINATING AUTOMATIC STAY** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

> Stephen W. Rupp
> Chapter 7 Trustee
> rupptrustee@mbt-law.com
> UT03@ecfbis.com
>
> Jody L. Howe
> Debtor's Attorney
> jody@utahbankruptcy.com

> United States Trustee
> USTPRegion19.SK.ECF@usdoj.gov
>
> Brian J. Porter
> HALLIDAY, WATKINS & MANN, P.C.
> Secured Party's Attorney
> brian@hwmlawfirm.com

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

> Carlos Flores and Valerie Leigh Valerio-Flores
> 3819 Barton Crest Court
> Salt Lake City, UT 84120

    /s/ Brian J. Porter
    Brian J. Porter
    Attorney for Secured Creditor